JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SPEAKERCRAFT, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>  vs.<br><br>ELISTINKA LLC, a New York Limited Liability Company; DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. CV 12-4589 DSF (JCGx)<br><br>**JUDGMENT** |

1

This cause having come before the Court on the application of Plaintiff SpeakerCraft, LLC for Entry of Default Judgment, and the issues having been duly considered and a decision duly rendered, IT IS HEREBY ORDERED AND ADJUDGED that Judgment shall be and is entered in the within action in favor of Plaintiff SpeakerCraft, LLC and against Defendant ELISTINKA LLC, as follows:

1. Defendant ELISTINKA LLC is ordered to pay to Plaintiff SpeakerCraft, LLC damages in the amount of $90,500, plus attorneys' fees in the amount of $5,220, plus costs in the amount of $885, for a TOTAL of $96,605, with post-judgment interest accruing thereon pursuant to 28 U.S.C. § 1961(a).

2. Defendant ELISTINKA LLC is ENJOINED from infringing upon Plaintiff SpeakerCraft, LLC's copyright registration numbers VA0001801592, TX0007479155, and TX0007551259.  Defendant ELISTINKA LLC is also ORDERED to deliver up for destruction all labels, signs, prints, packages, wrappers, receptacles, and advertisements in the possession of Defendant ELISTINKA LLC bearing the trademarks registered to SpeakerCraft, LLC under Registration Numbers 2295065, 3095367, and 3095378 (the "SpeakerCraft Mark"), as well as all plates, molds, matrices, and other means of making the same.  Defendant ELISTINKA LLC, and its officers, members, managers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through or under them are hereby further ENJOINED from:

   a. using the SpeakerCraft Mark in any manner in connection with the advertising, offering for sale, or of any product not authorized by Plaintiff SpeakerCraft, LLC to be sold in connection with the SpeakerCraft Mark;

   b. committing any acts calculated to cause purchasers to believe that Defendant ELISTINKA LLC's products are those sold and installed under the control, supervision, and/or regulation of Plaintiff SpeakerCraft, LLC, or sponsored or approved by, or connected with, or warranted or guaranteed by Plaintiff SpeakerCraft, LLC;

      c. otherwise competing unfairly with Plaintiff SpeakerCraft, LLC in any manner; and

      d. shipping, delivering, distributing, returning, or otherwise disposing of, in any manner other than as specified above, products or inventory not authorized by Plaintiff SpeakerCraft, LLC to be sold or offered for sale, and which bear the SpeakerCraft Mark.

**IT IS SO ORDERED.**

DATED: \_\_\_11/26/12\_\_\_       _____
                                                Hon. Dale S. Fischer
                                                United States District Judge